# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12-cv-531-GCM
# (3:02-cr-205-GCM-1)

| | |
|---|---|
| EDWARD DEBAR DAVIS, ) | |
| Petitioner, ) | |
| vs. ) | ORDER |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

UPON MOTION of the United States, (Doc. No. 4), to hold this action in abeyance pending resolution of the Government's petition for rehearing en banc by the Fourth Circuit Court of Appeals in <u>Whiteside v. United States</u>, No. 7152.

**IT IS HEREBY ORDERED** that the Motion to Stay, (Doc. No. 4), is **GRANTED**.

Signed: August 26, 2014

Graham C. Mullen
United States District Judge